```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


BARRY TYLER,                        )
                                    )
            Petitioner,              )
                                    )
      vs.                           )    No. 4:06CV527-DJS
                                    )
AL LUEBBERS,                        )
                                    )
            Respondent.              )
```

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.


Dated this ___23rd___ day of December, 2008.


                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE